

250 South Clinton Street, Suite 210
Syracuse, NY 13202
Telephone: 315-701-5780, Fax: 315-701-5781

11875 High Tech Avenue, Suite 100B
Orlando, FL 32817
Telephone: 407-581-7510, Fax: 407-207-3210

*Document Electronically Filed*
Hon. Barbara C. Moses
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 920
New York, NY 1007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/21

June 7, 2021

**MEMO ENDORSED**

        Re:    DuBois v. Commissioner of Social Security
              Civil Action No: 1:20-cv-08422-BCM

Dear Judge Moses:

    This letter respectfully requests an extension of time of sixty-one (61) days for Plaintiff to file her Motion for Judgment on the Pleadings in this matter. Plaintiff's Motion for Judgment on the Pleadings is currently due on June 9, 2021 (Dkt. 7). Due to the backlog of transcripts created by COVID-19 and the Commissioner' s response, the Commissioner is able to produce records at a rapid pace.  As a result, this has caused multiple, simultaneous filing deadlines that cannot be met.  Plaintiff cannot meet the current briefing deadline. Counsel requests the additional time to prepare a proper, meritorious brief that meets the expectations of this Court and advocates properly for the client.

    Plaintiff's counsel has contacted defense counsel who consents to this request. This would be a first request to extend the time to file Plaintiff's Motion for Judgment on the Pleadings.

    If this request is granted, Plaintiff's Motion for Judgment on the Pleadings will be due on **August 9, 2021**. Subsequently, in accordance with the pattern of the Scheduling Order, the Commissioner's Response would then be due **October 8, 2021**. Plaintiff's Reply would then be due **October 29, 2021**.

Thank you for your consideration.        Respectfully submitted,

                                                      */s/ Howard D. Olinsky*
                                                      Howard D. Olinsky, Esq.
                                                      Bar Code H06529
                                                      Counsel for Plaintiff

CC [via ECF]: Emily Fishman (Counsel for Defendant)

Application GRANTED. No further extensions will be granted absent compelling circumstances.
**SO ORDERED.**

Dated:   June 8, 2021
          New York, NY                               **Honorable Barbara C. Moses**

**U.S. Magistrate Judge**