**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CAROL DUBOIS,

                Plaintiff,

   -against-                                    20 **CIVIL** 8422 (BCM)

                                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, because the ALJ properly considered plaintiff's non-severe mental health impairments in his determination of her RFC, and appropriately evaluated the medical opinions of Drs. Murphy and Momot-Baker, and because the RFC formulated by the ALJ was supported by substantial evidence in the record, plaintiff's motion is DENIED, the Commissioner's motion is GRANTED, and this action is DISMISSED.

**Dated:**  New York, New York

       March 22, 2022

                                                                            **RUBY J. KRAJICK**

                                                                               **Clerk of Court**
                                                **BY:**      *K. Mango*
                                                                               **Deputy Clerk**